ELLIOT ENOKI
United States Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 0 2001

at 2 o'clock and ___ m ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR01-00232 HG |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 751] |
| ROBERT BLACKBURN, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On or about May 16, 2001, within the District of Hawaii, **ROBERT BLACKBURN**, did knowingly escape from custody in Miller Hale, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Hawaii upon conviction for the commission of Possession of a Controlled Substance, a violation of Title 21 United States Code, Section 844, and Distribution of a Controlled Substance near a school or playground, a violation of Title 21

United States Code, Section 841(a)(1) and 860(a), in violation of Title 18 United States Code Section 751.

DATED: _June 20_, 2001 at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Robert Blackburn
"Indictment"
Cr. No. _____

2